| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee Atty. ID: 085262013<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Kerry L. Depka | Case No.: 24-17673<br><br>Chapter 13<br><br>Judge: Judge Jerrold N. Poslusny Jr. |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of TD Bank, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Duane Morris LLP
Attn: Edward J. McKee
30 S. 17th Street
Philadelphia, PA 19103

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: <u>August 26, 2024</u>       /s/ Edward J. McKee
                                    Edward J. McKee

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee Atty. ID: 085262013<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Kerry L. Depka | Case No.: 24-17673<br><br>Chapter 13<br><br>Judge: Judge Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Edward J. McKee:

    ☒ represent TD Bank, N.A. in this matter.

    ☐ am the secretary/paralegal for Edward J. McKee, who represents TD Bank, N.A. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On August 26, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance on behalf of TD Bank, NA

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>August 26, 2024</u>                    <u>/s/ Edward J. McKee        </u>
                                                 Edward J. McKee

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Kerry L Depka<br>217 Chestnut Street<br>Blackwood, NJ 08012 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (   ) |
| Mitchell L Chambers, Jr.<br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road<br>Suite 5<br>Blackwood, NJ 08012 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |