Printed on: 12/31/2025 
ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 24-17673 (JNP)**

Monthly Payment: $530.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Kerry L. Depka
217 Chestnut Street
Blackwood, NJ 08012

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2025 | $522.00 | 02/20/2025 | $522.00 | 03/21/2025 | $530.00 | 04/24/2025 | $530.00 |
| 05/20/2025 | $530.00 | 07/01/2025 | $530.00 | 07/29/2025 | $530.00 | 08/25/2025 | $522.00 |
| 10/06/2025 | $530.00 | 10/31/2025 | $530.00 | 12/02/2025 | $522.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KERRY L. DEPKA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $1,409.40 |
| 1 | ALLY FINANCIAL | 24 | $556.78 | $0.00 | $556.78 | $0.00 |
| 2 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | NEW REZ, LLC | 24 | $133,221.14 | $0.00 | $133,221.14 | $0.00 |
| 4 | RANCOCAS ANESTHESIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | RANCOCAS ANESTHESIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SCOTT DEPKA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | TD BANK, N.A. | 24 | $21,143.61 | $402.26 | $20,741.35 | $0.00 |
| 9 | TD BANK, N.A. | 33 | $1,044.90 | $0.00 | $0.00 | $0.00 |
| 10 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,072.37 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2024 | Paid to Date | $522.00 |
| 10/01/2024 | 59.00 | $530.00 |
| 09/01/2029 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,798.00 |
| Total paid to creditors this period: | $1,409.40 |
| Undistributed Funds on Hand: | $2,545.14 |
| Arrearages: | $586.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**