Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−17673−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerry L Depka
217 Chestnut Street
Blackwood, NJ 08012

Social Security No.:
xxx−xx−9280

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 27, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 39
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 39). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/27/2026. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 27, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 24-17673-JNP |
|---|---|
| Kerry L Depka | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kerry L Depka, 217 Chestnut Street, Blackwood, NJ 08012-1153 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| lm | + Email/Text: LC-Bankruptcy-RF@loancare.net | May 27 2026 21:05:00 | LOANCARE, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brett L. Messinger | on behalf of Creditor TD Bank  N.A. BLmessinger@duanemorris.com, cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com |
| Matthew K. Fissel | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0312-1                                         User: admin                                            Page 2 of 2
Date Rcvd: May 27, 2026                              Form ID: orderntc                                   Total Noticed: 2

Mitchell L Chambers, Jr.
                                   on behalf of Debtor Kerry L Depka ecfbc@comcast.net

U.S. Trustee
                                   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5